| | |
|---|---|
| **THOMAS A. D'AMBOLA,** | : |
| | : **UNITED STATES DISTRICT COURT** |
| Plaintiff, | : **DISTRICT OF NEW JERSEY** |
| | : |
| v. | : Civil Action No. 16- 2735 (BRM) |
| | : |
| **LAKEWOOD BOARD OF EDUCATION, et.als.,** | : **REVISED SCHEDULING ORDER** |
| | : |
| Defendants. | : |

**THIS MATTER** having come before the Court for a status conference with counsel on April 19, 2018; and the Court having conferred with counsel concerning the status of discovery; and good cause appearing for the entry of this Order:

**IT IS on this 24th day of April, 2018**

**ORDERED THAT:**

1. All parties must conduct discovery expeditiously and diligently. In addition, all discovery conducted must be proportional to the needs of the case considering the factors set forth in Fed. R. Civ. P. 26(b)(1).

2. Defendants will commence "rolling production" of documents and will be substantially complete by **May 31, 2018**.

3. The deadline to complete fact discovery is extended to **August 31, 2018**. No discovery is to be issued or conducted after this date.

4. No objections to questions posed at depositions shall be made other than as to lack of foundation, form or privilege.  *See* Fed.R.Civ.P. 32(d)(3)(A).  No instruction not to answer shall be given unless a privilege is implicated.

5. Counsel must meet and confer in a good faith effort to resolve any discovery or case management dispute before bringing such dispute to the attention of the Court.  *See* L.Civ.R. 16.1(f)(1).  Any unresolved disputes must be brought to the Court's attention promptly by a joint letter to the undersigned.

6. The Court will conduct a telephone status conferences on **June 6, 2018 at 3:30 PM** and on **August 6, 2018 at 2:30 PM.** Defense Counsel must initiate the calls to 609-989-2144.  During the latter call the Court will set a schedule for expert discovery and/or dispositive motions.

7. Counsel must confer at least 48 hours in advance of each Court appearance to confirm attendance and to review any matters to be discussed with the Court.

8. The Court may from time to time schedule conferences as may be required, either *sua sponte* or at the request of a party. Failure to appear at such conferences, or to comply with the terms of this or any Court Order, may result in the imposition of sanctions.

      s/ Douglas E. Arpert
**DOUGLAS E. ARPERT**
**United States Magistrate Judge**